| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant GONZALEZ GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00526 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| EDITH GONZALEZ GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Edith Gonzalez Garcia and the United States, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Thursday, October 31, 2013, may be continued to Thursday, November 7, 2013, at 9:00 a.m. The reason for the requested continuance is that the parties are continuing their settlement negotiations and the defense investigation into the collateral consequences of potential dispositions is ongoing. The parties therefore further stipulate that the time through and including November 7, 2013, may be excluded from the computation of time within which trial shall commence, as the reasonable

///

///

///

///

Stipulation to Continue
CR 13-00526 DLJ                                    1

time necessary for effective preparation of counsel, pursuant to 18 U.S.C. 3141(h)(7)(A) and (h)(7)(B)(iv).

Dated: October 24, 2013

                                                               s/_____
EDWARD R. FLUET
Special Assistant United States Attorney

Dated: October 24, 2013

                                                               s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00526 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | STATUS HEARING AND EXCLUDE |
| vs. | ) | TIME |
| | ) | |
| EDITH GONZALEZ GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Thursday, October 31, 2013, shall be continued to Thursday, November 7, 2013, at 9:00 a.m. It is further ordered that the time through and including November 7, 2013, shall be excluded from the computation of time within which trial shall commence, as the reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. 3141(h)(7)(A) and (h)(7)(B)(iv).

Dated: October ___, 2013

_____
HON. D. LOWELL JENSEN
United States District Judge

[ Order to Continue
CR 13-00526 DLJ                    1